

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00619-CR

Jesse **FLORES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR1740
Honorable Steve Hilbig, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED December 7, 2016.

_____
Patricia O. Alvarez, Justice